# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| JEFFREY R. BROWN | ) | Case No. 15-13416 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR QUARLES & BRADY LLP, ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF JEFFREY R. BROWN

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $4,343.00 for 11.2 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from May 4, 2015, to the present. In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On April 15, 2015 (the "**Petition Date**"), Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was scheduled for June 3, 2015.

3. On May 4, 2015, Trustee filed his Initial Report of Assets.

4. On May 12, 2015, in the normal course of liquidating assets of the estate, Trustee filed a motion to employ Q&B [DKT 13].

5. On May 12, 2015, Trustee withdrew the motion to employ counsel when he felt legal counsel was not necessary to administer the estate because no Court order is needed to liquidate Debtor's non-exempt assets [DKT 14].

6. On May 28, 2015, this Court automatically entered the Order granting Trustee's initial motion to employ Q&B [DKT 16].

7. On May 29, 2015, this Court vacated the order entered on May 28, 2015[DKT 17].

8. The vacated order went unnoticed by Trustee until March 25, 2016.

9. On March 28, 2016, Q&B again filed the motion to employ Q&B, indicating there would be no charge to the estate for the oversight and requirement to refile the motion.

10. On April 6, 2016, this Court entered the order authorizing employment of Q&B retroactive to May 4, 2015.

11. All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

**NATURE OF LEGAL SERVICES PERFORMED BY
QUARLES & BRADY LLP**

12. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on May 4, 2015. Q&B has devoted its time to legal matters in this case, including the following:

**A. EMPLOYMENT OF PROFESSIONAL PERSONS**

13. Q&B drafted and presented the motion to retain Q&B as Trustee's counsel and prepared this motion for fees. In connection with the foregoing, Q&B expended 2.0 hours

(including 1 hour of estimated time to prepare and finalize the two fee applications and attend court regarding same) for which it requests compensation of $805.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Colleen A. Greer | 1.0 |

### B. ASSETS

14.     Debtor's assets included moneys in a savings account totaling $22,300.00, and during 2014 and 2015, Debtor transferred funds to his daughter and to a friend. Pursuant to a court approved settlement, Debtor paid the bankruptcy estate an additional $7,600.00 over a 10 month period (Debtor made full payment by March 25, 2016) to satisfy the estate's fraudulent conveyance claims arising out of the transfers.

15.     In connection with the foregoing, Q&B expended 9.2 hours for which it requests compensation of $3,538.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .4 |
| Sarah K. Baker | 8.8 |

### II. STATEMENT OF LEGAL SERVICES AND EXPENSES

16.     Since May 4, 2015, Q&B has devoted 11.2 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $4,343.00.

3

QB\39179351.1

17. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

18. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $4,343.00 for actual, necessary and valuable professional services rendered; and

B. For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By: /s/Philip V. Martino
 Trustee
Philip V. Martino
Thanhan Nguyen
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5000

QB\39179351.1



| | | |
|---|---|---|
| | 101 East Kennedy Boulevard | Attorneys at Law in: |
| | Suite 3400 | Chicago, Illinois |
| | Tampa, FL 33602-5195 | Indianapolis, Indiana |
| | Tel. 414.277.5000 | Madison and Milwaukee, Wisconsin |
| | Fax 414.271.3552 | Naples and Tampa, Florida |
| | www.quarles.com | Phoenix, Scottsdale and Tucson, Arizona |
| | | Washington, DC |

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:    2144425
Invoice Date:      April 07, 2016

Privileged & Confidential

Philip V. Martino as Trustee for Chapter 7
c/o Quarles & Bradly LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through April 07, 2016
Re: Professional Retention Chapter 7 Bankruptcy of Jeffrey R. Brown
Q & B Matter Number: 157777.00003

| | | |
|---|---|---|
| Current Fees: | $ | 87.50 |
| Current Total Due: | $ | 87.50 |
| **TOTAL AMOUNT DUE:** | **$** | **87.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

| | | |
|---|---|---|
| Philip V. Martino as Trustee for Chapter 7 Bankruptcy of Jeffrey R. Brown | | April 07, 2016 |
| RE: Professional Retention Chapter 7 Bankruptcy of Jeffrey R. Brown | | Invoice Number: 2144425 |
| Q & B Matter Number: 157777.00003 | | Page 2 |

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 05/05/15 | Prepare draft motion to employ Quarles & Brady as counsel to Trustee (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 0.50 | | 87.50 |

| | | | |
|---|---|---|---|
| Total Fees: | | $ | 87.50 |



| | |
|---|---|
| 101 East Kennedy Boulevard | Attorneys at Law in: |
| Suite 3400 | Chicago, Illinois |
| Tampa, FL 33602-5195 | Indianapolis, Indiana |
| Tel. 414.277.5000 | Madison and Milwaukee, Wisconsin |
| Fax 414.271.3552 | Naples and Tampa, Florida |
| www.quarles.com | Phoenix, Scottsdale and Tucson, Arizona |
| | Washington, DC |

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:  2144424
Invoice Date:    April 07, 2016

Privileged & Confidential

Philip V. Martino as Trustee for Chapter 7
c/o Quarles & Bradly LLP
300 N LaSalle Street, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through April 07, 2016
Re: Assets Chapter 7 Bankruptcy of Jeffrey R. Brown
Q & B Matter Number: 157777.00005

| | |
|---|---|
| Current Fees: | $   3,538.00 |
| Current Total Due: | $   3,538.00 |
| **TOTAL AMOUNT DUE:** | **$   3,538.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino as Trustee for Chapter 7 Bankruptcy of Jeffrey R. Brown    April 07, 2016
RE: Assets Chapter 7 Bankruptcy of Jeffrey R. Brown    Invoice Number: 2144424
Q & B Matter Number: 157777.00005    Page 2

| *Date* | *Description* | *Professional* | *Hours* |
|---|---|---|---|
| 06/09/15 | Review schedules and SOFA regarding settlement of Debtor. | SBAKER | 1.00 |
| 06/10/15 | Begin draft of settlement motion. | SBAKER | 1.70 |
| 06/11/15 | Continue draft of settlement motion and order. | SBAKER | 2.30 |
| 06/12/15 | Draft e-mail to C. Foster regarding settlement agreement and proposed order. | SBAKER | 0.10 |
| 06/12/15 | Draft e-mail to P. Groben regarding revisions to transfer document. | SBAKER | 0.20 |
| 06/12/15 | Review and revise settlement motion and order (.2); emails to/from Baker and Foster regarding same (.1). | PMARTINO | 0.30 |
| 06/15/15 | Emails approving Foster's comments to preference settlement motion. | PMARTINO | 0.10 |
| 06/15/15 | Review and respond to e-mail form C. Foster regarding Settlement Agreement and Debtor's SOFA. | SBAKER | 0.20 |
| 06/17/15 | Draft e-mail to C. Foster regarding amended SOFA. | SBAKER | 0.10 |
| 06/22/15 | Revise settlement motion and order. | SBAKER | 0.20 |
| 06/22/15 | Draft e-mail to C. Foster regarding revised settlement agreement. | SBAKER | 0.10 |
| 07/15/15 | Telephone calls with M. D'Andrea regarding Motion to Authorize Settlement. | SBAKER | 0.20 |
| 07/15/15 | Telephone call with P. Martino regarding settlement motion. | SBAKER | 0.10 |
| 08/06/15 | Attend hearing on settlement motion. | SBAKER | 1.10 |
| 08/06/15 | Attend 40-Under-40 Awards ceremony. | SBAKER | 1.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| PMARTINO | Philip V. Martino | 0.40 | 595.00 | 238.00 |
| SBAKER | Sarah K. Baker | 8.80 | 375.00 | 3,300.00 |
| Total | | 9.20 | | 3,538.00 |

| | |
|---|---|
| Philip V. Martino as Trustee for Chapter 7 Bankruptcy of Jeffrey R. Brown | April 07, 2016 |
| RE: Assets Chapter 7 Bankruptcy of Jeffrey R. Brown | Invoice Number: 2144424 |
| Q & B Matter Number: 157777.00005 | Page 3 |

Total Fees: $ 3,538.00

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; since fiscal year 2014 his hourly billing rate has been $630.00.

**Sarah K. Baker** was an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2013 was $345.50; 2014 fiscal year is $365.00; and her hourly billing rate for 2015 was $375.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 26 years. Her hourly billing rate is $175.00.

EXHIBIT B

**STATE OF ILLINOIS** )
) SS
**COUNTY OF COOK** )

I, Philip V. Martino, on oath, state as follows:

1. I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3. In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5. In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7. In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\39179351.1

**EXHIBIT C**

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.