CAROL A. DOYLE
# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: §
§
BROWN, JEFFREY R § Case No. 15-13416
§
Debtor §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/15/2015 . The undersigned trustee was appointed on 04/15/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 29,900.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 14.85 |
| Bank service fees | 365.28 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 29,519.87 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/08/2015 and the deadline for filing governmental claims was 10/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,740.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,740.00 , for a total compensation of $ 3,740.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/06/2016          By:/s/PHILIP V. MARTINO
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No:     15-13416     CAD     Judge: CAROL A. DOYLE              Trustee Name:              PHILIP V. MARTINO
Case Name:   BROWN, JEFFREY R                                        Date Filed (f) or Converted (c):   04/15/15 (f)
                                                                     341(a) Meeting Date:        06/03/15
For Period Ending:  05/06/16                                         Claims Bar Date:            09/08/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT AT BANK OF AMERICA | 1,505.56 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT AT BANK OF AMERICA | 21,246.89 | 22,300.00 | | 22,300.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2008 MOTOR SCOOTER AND TRAILER | 4,500.00 | 0.00 | | 0.00 | FA |
| 6. USED COMPUTERS, IPAD, AND COPY MACHINE. | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. $7,600 Settlement of Fraudulent Transfers (u)   10 payments beginning July 1, 2015 | 0.00 | 7,600.00 | | 7,600.00 | FA |

                                                                                                          Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)          $30,752.45         $29,900.00                $29,900.00        $0.00
                                                                                         (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16


         /s/      PHILIP V. MARTINO
    _____  Date: 05/06/16
         PHILIP V. MARTINO

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-13416 -CAD | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | BROWN, JEFFREY R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9994  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0368 | | | |
| For Period Ending: | 05/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  05/05/15 | 2 | Jeffrey R. Brown | non exempt portion of bank accounts | 1129-000 | 22,300.00 | | 22,300.00 |
| C  06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.87 | 22,271.13 |
| C  07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.04 | 22,239.09 |
| C  07/09/15 | 7 | Jeffrey R. Brown | 2 payments of 10 payments owed | 1249-000 | 1,520.00 | | 23,759.09 |
| C  07/30/15 | 7 | Jeffrey Brown | 2 payments | 1249-000 | 1,520.00 | | 25,279.09 |
| C  08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.89 | 25,244.20 |
| C  09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.53 | 25,206.67 |
| C  10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.27 | 25,170.40 |
| C  11/03/15 | 7 | Jeffrey R. Brown  Cashier's Check | 5th payment | 1249-000 | 760.00 | | 25,930.40 |
| C  11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.42 | 25,892.98 |
| C  12/01/15 | 7 | Jeffrey R. Brown  Cashier's Check | 6th payment | 1249-000 | 760.00 | | 26,652.98 |
| C  12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.18 | 26,615.80 |
| C  12/22/15 | 7 | Jeffrey R. Brown  Cashier's Check | 7th payment | 1249-000 | 760.00 | | 27,375.80 |
| C  01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.93 | 27,335.87 |
| C  01/26/16 | 7 | Jeffrey R. Brown  Cashier's Check | 8th and 9th payments of 10 owed | 1249-000 | 1,520.00 | | 28,855.87 |
| C  02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.08 | 28,814.79 |
| C  03/03/16 | 005001 | Adams-Levine  370 Lexington Avenue, Suite 1101  New York, NY  10017 | Pro Rata  Bond #10BSBGR6291 | 2300-000 | | 14.85 | 28,799.94 |
| C  03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.07 | 28,759.87 |
| C  03/25/16 | 7 | Jeffrey R. Brown  Cashier's Check | 10th payment | 1249-000 | 760.00 | | 29,519.87 |

Page Subtotals         29,900.00         380.13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 15-13416 -CAD | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | BROWN, JEFFREY R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9994  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0368 | | |
| For Period Ending: | 05/06/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 29,900.00 | 380.13 | 29,519.87 |
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 29,900.00 | 380.13 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 29,900.00 | 380.13 | |

* Reversed
t Funds Transfer
C Bank Cleared

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9994 | 29,900.00 | 380.13 | 29,519.87 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 29,900.00 | 380.13 | 29,519.87 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 06, 2016 |

Case Number: 15-13416  
Debtor Name: BROWN, JEFFREY R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $4,595.00 | $0.00 | $4,595.00 |
| 001<br>2100-00 | Philip V. Martino, Trustee | Administrative | | $3,740.00 | $0.00 | $3,740.00 |
| 000001A<br>040<br>5800-00 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Priority | | $462.57 | $0.00 | $462.57 |
| 000005<br>030<br>5100-00 | Moira Aronson-Brown<br>c/o Connie R. Gessner, P.C.<br>373 S. County Farm Road, Suite 103<br>Wheaton, IL 60187 | Priority | | $93,867.86 | $0.00 | $93,867.86 |
| 000001B<br>070<br>7100-00 | Internal Revenue Service | Unsecured | | $1,472.49 | $0.00 | $1,472.49 |
| 000002<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $4,097.52 | $0.00 | $4,097.52 |
| 000003<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services,LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $12,645.58 | $0.00 | $12,645.58 |
| 000004<br>070<br>7100-00 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>c/o Barbara Fining<br>1777 Tamiami Trail<br>Port Charlotte, FL 33948 | Unsecured<br>Holder of Judgment | | $3,579,354.68 | $0.00 | $3,579,354.68 |
| | Case Totals: | | | $3,700,235.70 | $0.00 | $3,700,235.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-13416  
Case Name: BROWN, JEFFREY R  
Trustee Name: PHILIP V. MARTINO

Balance on hand $ 29,519.87

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 3,740.00 | $ 0.00 | $ 3,740.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 4,595.00 | $ 0.00 | $ 4,595.00 |

Total to be paid for chapter 7 administrative expenses $ 8,335.00

Remaining Balance $ 21,184.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 94,330.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 462.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Moira Aronson-Brown | $ 93,867.86 | $ 0.00 | $ 21,184.87 |
| | Total to be paid to priority creditors | | | $ 21,184.87 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,597,570.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | LVNV Funding, LLC its successors and | $ 4,097.52 | $ 0.00 | $ 0.00 |
| 000003 | LVNV Funding, LLC its successors and | $ 12,645.58 | $ 0.00 | $ 0.00 |
| 000004 | BMO Harris Bank N.A. f/k/a Harris N.A. | $ 3,579,354.68 | $ 0.00 | $ 0.00 |
| 000001B | Internal Revenue Service | $ 1,472.49 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE