**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | **No. 15-13416** |
| **Jeffrey R. Brown** | ) | |
| | ) | **Honorable Carol A. Doyle** |
| **Debtor.** | ) | |

**CERTIFICATE OF SERVICE**

Philip V. Martino, Trustee, certifies that on May 6, 2016, he caused the *Amended Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object*, to be served by operation of the Court's electronic filing system to all ECF recipients registered in this case.

- Mia D D'Andrea    dandrea@chapman.com
- Chester H. Foster    chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- James Patrick Sullivan    jsulliva@chapman.com

In addition to the ECF service, each of the parties on the attached service list were served by regular U.S. mail.  Parties may access this filing through the Court's system.

                                        /s/ Philip V. Martino
                                        Philip V. Martino, Trustee


Philip V. Martino
Thanhan Nguyen
**QUARLES & BRADY LLP**
300 North LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\39517211.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-13416<br>Northern District of Illinois<br>Chicago<br>Fri May  6 15:56:04 CDT 2016 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>c/o James P. Sullivan<br>Chapman and Cutler LLP<br>111 W. Monroe St.<br>Chicago, IL 60603-4080 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota), N.A<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Moira Aronson-Brown<br>c/o Artur W. Rummler<br>799 Roosevelt Road, Suite 2-104<br>Glen Ellyn, IL 60137-5919 |