CAROL A. DOYLE

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re:                                    §
                                          §
BROWN, JEFFREY R                          §        Case No. 15-13416
                                          §
            Debtor                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 2,605.56                Assets Exempt: 6,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  21,747.37        Claims Discharged
                                                    Without Payment:  7,022,986.66

Total Expenses of Administration:  8,152.63

3) Total gross receipts of $ 29,900.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 29,900.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,715.13 | 8,152.63 | 8,152.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 106,617.00 | 94,330.43 | 94,330.43 | 21,747.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,290,616.33 | 3,597,570.27 | 3,597,570.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,397,233.33 | $ 3,700,615.83 | $ 3,700,053.33 | $ 29,900.00 |

4)  This case was originally filed under chapter 7 on  04/15/2015 .  The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/13/2016                    By:/s/PHILIP V. MARTINO
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SAVINGS ACCOUNT AT BANK OF AMERICA | 1129-000 | 22,300.00 |
| $7,600 Settlement of Fraudulent Transfers | 1249-000 | 7,600.00 |
| TOTAL GROSS RECEIPTS | | $29,900.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | 2100-000 | NA | 3,740.00 | 3,740.00 | 3,740.00 |
| ADAMS-LEVINE | 2300-000 | NA | 14.85 | 14.85 | 14.85 |
| ASSOCIATED BANK | 2600-000 | NA | 365.28 | 365.28 | 365.28 |
| QUARLES & BRADY LLP | 3110-000 | NA | 4,595.00 | 4,032.50 | 4,032.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,715.13 | $ 8,152.63 | $ 8,152.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section - Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section - Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114-7346 | | 62,217.00 | NA | NA | 0.00 |
| 000005 | MOIRA ARONSON-BROWN | 5100-000 | NA | 93,867.86 | 93,867.86 | 21,747.37 |
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | 44,400.00 | 462.57 | 462.57 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 106,617.00 | $ 94,330.43 | $ 94,330.43 | $ 21,747.37 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&E Construction 4151 W. Madison Chicago, IL 60624-2304 | | 200,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anthony Rendina Swallow Construction Corp. 4250 Lacey Rd. Downers Grove, IL 60515 | | 400,000.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 393.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 67.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 67.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 966.00 | NA | NA | 0.00 |
| | Eos Cca Po Box 981008 Boston, MA 02298 | | 1,526.00 | NA | NA | 0.00 |
| | Harris Bank N.A. c/o Chapman & Cutler LLP/D'Andrea 111 W Monroe St. Chicago, IL 60603 | | 2,461,729.71 | NA | NA | 0.00 |
| | LVNV Funding 610 Waltham Way Sparks, NV 89434 | | 25,867.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rami Nassib c/o Althoff Industires, Inc. 8001 S Route 31 Crystal Lake, IL 60014 | | 200,000.00 | NA | NA | 0.00 |
| 000004 | BMO HARRIS BANK N.A. F/K/A HARRIS N | 7100-000 | NA | 3,579,354.68 | 3,579,354.68 | 0.00 |
| 000001B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 1,472.49 | 1,472.49 | 0.00 |
| 000002 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 4,097.52 | 4,097.52 | 0.00 |
| 000003 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 12,645.58 | 12,645.58 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,290,616.33 | $ 3,597,570.27 | $ 3,597,570.27 | $ 0.00 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 15-13416   CAD   Judge: CAROL A. DOYLE | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | BROWN, JEFFREY R | Date Filed (f) or Converted (c): | 04/15/15 (f) |
| | | 341(a) Meeting Date: | 06/03/15 |
| For Period Ending: | 07/13/16 | Claims Bar Date: | 09/08/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT AT BANK OF AMERICA | 1,505.56 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT AT BANK OF AMERICA | 21,246.89 | 22,300.00 | | 22,300.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD GOODS AND FURNISHINGS. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2008 MOTOR SCOOTER AND TRAILER | 4,500.00 | 0.00 | | 0.00 | FA |
| 6. USED COMPUTERS, IPAD, AND COPY MACHINE. | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. $7,600 Settlement of Fraudulent Transfers (u) 10 payments beginning July 1, 2015 | 0.00 | 7,600.00 | | 7,600.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $30,752.45 | $29,900.00 | | $29,900.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution checks cut June 9, 2016 and mailed.  All checks have cleared the bank.  Awaiting zero bank statement for TDR.

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

/s/   PHILIP V. MARTINO
_____   Date: 07/13/16
PHILIP V. MARTINO

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 15-13416 -CAD |
| Case Name: | BROWN, JEFFREY R |
| Taxpayer ID No: | *******0368 |
| For Period Ending: | 07/13/16 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9994 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 05/05/15 | 2 | Jeffrey R. Brown | non exempt portion of bank accounts | 1129-000 | 22,300.00 | | 22,300.00 |
| C | 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.87 | 22,271.13 |
| C | 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.04 | 22,239.09 |
| C | 07/09/15 | 7 | Jeffrey R. Brown | 2 payments of 10 payments owed | 1249-000 | 1,520.00 | | 23,759.09 |
| C | 07/30/15 | 7 | Jeffrey Brown | 2 payments | 1249-000 | 1,520.00 | | 25,279.09 |
| C | 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.89 | 25,244.20 |
| C | 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.53 | 25,206.67 |
| C | 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.27 | 25,170.40 |
| C | 11/03/15 | 7 | Jeffrey R. Brown<br>Cashier's Check | 5th payment | 1249-000 | 760.00 | | 25,930.40 |
| C | 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.42 | 25,892.98 |
| C | 12/01/15 | 7 | Jeffrey R. Brown<br>Cashier's Check | 6th payment | 1249-000 | 760.00 | | 26,652.98 |
| C | 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.18 | 26,615.80 |
| C | 12/22/15 | 7 | Jeffrey R. Brown<br>Cashier's Check | 7th payment | 1249-000 | 760.00 | | 27,375.80 |
| C | 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.93 | 27,335.87 |
| C | 01/26/16 | 7 | Jeffrey R. Brown<br>Cashier's Check | 8th and 9th payments of 10 owed | 1249-000 | 1,520.00 | | 28,855.87 |
| C | 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.08 | 28,814.79 |
| C | 03/03/16 | 005001 | Adams-Levine<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Pro Rata Bond #10BSBGR6291 | 2300-000 | | 14.85 | 28,799.94 |
| C | 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.07 | 28,759.87 |
| C | 03/25/16 | 7 | Jeffrey R. Brown<br>Cashier's Check | 10th payment | 1249-000 | 760.00 | | 29,519.87 |
| C | 06/09/16 | 005002 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 3,740.00 | 25,779.87 |
| C | 06/09/16 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,032.50 | 21,747.37 |

| | Page Subtotals | 29,900.00 | 8,152.63 |
|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 19.06a

FORM 2                                                                                                  Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                      Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-13416 -CAD | |
| Case Name: | BROWN, JEFFREY R | |
| Taxpayer ID No: | *******0368 | |
| For Period Ending: | 07/13/16 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9994  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   06/09/16 | 005004 | Moira Aronson-Brown<br>c/o  Connie R. Gessner, P.C.<br>373 S. County Farm Road, Suite 103<br>Wheaton, IL  60187 | Claim 000005, Payment 23.16807% | 5100-000 | | 21,747.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 29,900.00 | 29,900.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 29,900.00 | 29,900.00 |
| Less:  Payments to Debtors | | | 0.00 |
| Net | | 29,900.00 | 29,900.00 |

**\* Reversed**
**t  Funds Transfer**
**C  Bank Cleared**

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******9994 | 29,900.00 | 29,900.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 29,900.00 | 29,900.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                            0.00              21,747.37

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*